IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARIO J. COOK,

    Plaintiff,

v.

SHAUN MARKSBURG, MATTHEW COLEMAN, SHERIFF JOHN T. WILCHER,

    Defendants.

CIVIL ACTION NO.: 4:18-cv-246

## O R D E R

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's January 29, 2019 Report and Recommendation, (doc. 4), to which the parties have not filed any objections. (*See* doc. 5 (mail returned as undeliverable to plaintiff); S.D. Ga. L. R. 11.1 ("Each attorney and *pro se* litigant has a continuing obligation to apprise the Court of any address change.").) Accordingly, Court **ADOPTS** the Report and Recommendation as the opinion of the Court. The Court **DISMISSES** this action **WITHOUT PREJUDICE** and **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 1st day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA